

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00508-CV

David **MARTINEZ**,
Appellant

v.

Damon **MARTINEZ**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV04688
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellant to pay the costs of this appeal.

SIGNED October 9, 2024.

_____
Beth Watkins, Justice